IN THE UNITED STATES DISTRCT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MITCH CARLTON,**

       **Plaintiff,**

v.                                                                            Docket No. 3:12-cv-1128

**SGN ACQUISITION COMPANY, LLC**
**d/b/a/ SGN NUTRITION,**

       **Defendant.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties. Plaintiff Mitch Carlton's claims under section 215(a)(3) of the Fair Labor Standards Act of 1938 were solely for retaliation, and therefore, the parties further agree that Court approval of the compromise reached is not required.

IT IS ACCORDINGLY ORDERED that the above-captioned matter shall be dismissed with prejudice.

Entered this **23rd** day of July 2013.

                                                     **ALETA A. TRAUGER**
                                                      **U.S. District Judge**

APPROVED FOR ENTRY BY:

**GILBERT RUSSELL McWHERTER PLC**

s/ Michael L. Russell
Clinton H. Scott, TN Bar No. 23008
101 North Highland
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
cscott@gilbertfirm.com

Michael L. Russell, TN Bar No. 20268
1616 Westgate Circle, Suite 228
Brentwood, Tennessee 37027
Telephone: 615-467-6372
mrussell@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

s/ William S. Rutchow
William S. Rutchow, TN Bar No. 017183
Charlotte S. Wolfe, TN Bar No. 027765
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908
bill.rutchow@odnss.com
charlotte.wolfe@odnss.com

*ATTORNEYS FOR DEFENDANT*